## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

JIMMY FINLEY, SR.                                        **PLAINTIFF**

    **V.**                    **CIV. NO. 05-5029**

JOHN FRY                                                **DEFENDANT**

### JUDGMENT

Now on this 23d day of December, 2005, comes on for consideration the above-captioned case, and the Court, being well and sufficiently advised, finds and orders as follows:

1.  Plaintiff's cause was tried to a six-person jury on November 28, 2005.

2.  After the Court had instructed the jury on the applicable law, the jury retired to deliberate.

3.  The jury returned with a finding that the Defendant had violated the Plaintiff's Fourth and Fourteenth Amendment rights, and that the Plaintiff was entitled to compensatory damages in the amount of $10,000.00 and punitive damages in the amount of $5,000.00.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Judgment be, and it hereby is, granted in favor of the Plaintiff, Jimmy Finley, Sr., against the Defendant, John Fry, in the sum of Fifteen Thousand and no/100 Dollars ($15,000.00), with interest thereon from the date of Judgment until paid at the rate of 4.34% per annum, for all of which execution may issue.

**IT IS FURTHER ORDERED** that should plaintiff desire to petition the Court for an award of attorney's fees, such petition be filed within fourteen (14) days of entry of this Judgment.  Defendant shall

have fourteen (14) days thereafter to file any objections to such petition.

**IT IS SO ORDERED.**

           **/s/ Jimm Larry Hendren**
        **JIMM LARRY HENDREN**
        **UNITED STATES DISTRICT JUDGE**