**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JIMMY FINLEY, SR.**                                                              **PLAINTIFF**

    **V.**                               **CIV. NO. 05-5029**

**JOHN FRY**                                                                    **DEFENDANT**

### O R D E R

Now on this 12th day of June, 2006, comes on for consideration plaintiff's **Motion For New Trial** (document #25), and, for reasons stated in the Court's Order dated May 24, 2006, the Court finds that said motion should be, and same hereby is, **granted**, and this matter is scheduled for jury trial on December 11, 2006.

    **IT IS SO ORDERED.**

                                           **/s/ Jimm Larry Hendren**
                                           **JIMM LARRY HENDREN**
                                           **UNITED STATES DISTRICT JUDGE**