# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**JIMMY FINLEY, SR.**                                                            **PLAINTIFF**

    V.                      CIV. NO. 05-5029

**JOHN FRY**                                                                    **DEFENDANT**

### O R D E R

Now on this 25th day of September, 2006, comes on for consideration plaintiff's **Motion To Dismiss With Prejudice** (document #30), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**